# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| BREANNA MINOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 3-12-0473 |
| THE METROPOLITAN GOVERNMENT ) | JURY DEMAND |
| OF NASHVILLE AND DAVIDSON ) | JUDGE TRAUGER |
| COUNTY, CUMBERLAND STADIUM, ) | MAGISTRATE JUDGE KNOWLES |
| INC., WM MASSEY ELECTRIC, LLC, ) | |
| THE SPORTS AUTHORITY OF ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, AND COUNTRY MUSIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that the Plaintiff, Breanna Minor, and Defendants, The Metropolitan Government of Nashville And Davidson County, Cumberland Stadium, Inc., Wm Massey Electric, LLC, and The Sports Authority of Metropolitan Government of Nashville, and Davidson County , have agreed that Defendants, The Metropolitan Government of Nashville And Davidson County, Cumberland Stadium, Inc., Wm Massey Electric, LLC, and The Sports Authority of Metropolitan Government of Nashville, and Davidson County are intended to be discharged from any further liability to the Plaintiff, it is accordingly,

**ORDERED** that Defendants, The Metropolitan Government of Nashville And Davidson County, Cumberland Stadium, Inc., Wm Massey Electric, LLC, and The Sports Authority of Metropolitan Government of Nashville, and Davidson County be dismissed from this case with

prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the re-filing of same as to the Defendants. Each party will bear their own costs.

BE IT SO ENTERED this  18th   day of    April       , 2014.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, THOMASON, KING, KREIG & WALDROP, PC

By: /s/ Joseph M. Huffaker
    Joseph M. Huffaker
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    Ph: (615) 259-1366
    jhuffaker@lewisking.com

    Attorney for Metropolitan Government,
    The Sports Authority and Cumberland Stadium, Inc.

MCKELLAR|HYDE, PLC

By: /s/ Andrea T. McKellar
    Andrea T. McKellar (#019618)
    Lyndsay Smith Hyde (#024715)
    411 Broadway St., Suite 302
    Nashville, TN 37203
    Ph: (615) 866-9828
    Fax: (615) 866-9863
    amckellar@mckellarhyde.com

    Attorneys for Plaintiff

WATKINS & MCNEILLY, PLLC

By: /s/ David J. Pflaum
    David J. Pflaum (#011098)
    214 Second Avenue, N, Suite 300
    Nashville, TN 37201
    Ph: (615) 255-2191
    david@watkinsmcneilly.com

    Attorney for WM Massey Electric, LLC